Edward J. Maney, Trustee
101 N. First Avenue, Suite 1775
Phoenix, Arizona 85003
Telephone (602) 277-3776
ejm@maney13trustee.com

SO ORDERED.

Dated: September 15, 2016

Daniel P. Collins, Chief Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| In re: | ) | In Proceedings Under Chapter 13 |
|---|---|---|
| WANDALYNN FOWLER | ) | Case No. 3: 15-02654-DPC |
| | ) | |
| | ) | ORDER FOR PAYMENT OF |
| | ) | UNCLAIMED FUNDS |
| _____Debtor (s)_____ | ) | |

Upon Application of Edward J. Maney, Trustee, and good cause appearing:

IT IS ORDERED that the Trustee pay over the amount of $3660.71 to the Clerk of the Court to be deposited as provided in Section 347 (a) of the Bankruptcy Code.

ORDER SIGNED ABOVE

Unclaimed Funds/Order